UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELVIN MARCUS JOHNSON JR., | CASE NO. 3:23-cv-05585-BHS |
| Petitioner, | ORDER |
| v. | |
| JASON BENNETT, | |
| Respondent. | |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 6, recommending that the Court dismiss pro se petitioner Melvin Marcus Johnson, Jr.'s 28 U.S.C. § 2254 habeas petition, Dkt. 1, for failure to prosecute. Johnson has not objected, or otherwise attempted to pursue the petition he filed in June 2023.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v.*

ORDER - 1

1 | *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires

2 | "specific written objections to the proposed findings and recommendations" in the R&R.

3 | Fed. R. Civ. P. 72(b)(2).

4 |     The R&R is **ADOPTED**. This matter is **DISMISSED** without prejudice for

5 | failure to prosecute.

6 |     The Clerk shall enter a **JUDGMENT** and close the case.

7 |     **IT IS SO ORDERED**.

8 |     Dated this 2nd day of November, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge